IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL D'AMICO | : | CIVIL ACTION |
| | : | |
| v. | : | No.: 08-1099 |
| | : | |
| PULTE HOMES, INC. | : | |

### ORDER

AND NOW, this 23rd day of March, 2009, Defendant Pulte Homes, Inc.'s Motion for Summary Judgment (Document 20) is GRANTED in part[1] and DENIED in part.[2]

BY THE COURT:

Juan R. Sánchez, J.

---

[1] Pulte's motion is granted as to Plaintiff Carol D'Amico's claim under the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621 *et seq.*

[2] Pulte's motion is denied as to D'Amico's claim under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*